IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Donald J. Tap 98-0956-03 )
Iuana Tap 98-0920-02 )
                                            ) CIVIL NO:
Pro-Se Deposits & Havings Co. )
Robin M.S. Lee, petitioner;   ) Petition Brought upon By Local
                                            ) Rule Federal Procedure governing
  vs.                                      ) Emergency Situation; as in a
Bill Bays, Bays Gaming Industries ) Writ of Habeas Corpus; inmate's
Respondents;                        ) Bell Fair & Safety in Jeopardy.

RECEIVED AUG 10 2001 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY ___ DEPUTY

FILED SEP 10 2001 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY ___ DEPUTY

Petitioner Robin M.S. Lee, Vice President of Pro-Se Deposits & Havings Co. Hereby in a petition set forth requests an immediate Hearing as the matters of his power of Attorneys sent to Bill Bays, Bays Gaming Industries since Summer 1994; in which due to all of the forementioned allegations brought upon & situations; He was unable to reply to the various

Petitioner R. Lee Hereby in a construes legal document with no Federal Summons Face or Case Sheet to the inability ask of the Respondent to retain his secondary attorney & lawfirm in comparison for reasons the Respondent is already one of his major creditors/debtors & has over $300 million in securities & corp. credit on behalf of the petitioner Lee comparison to Bays Gaming Ins. Biggest client & professional gambler.

Lee at date requests of Respondent Bays a credit letter ① stating Lee's credit margin with him & possibly photocopies & confirmations

NAME
2199 KAMEHAMEHA HIGHWAY

P.2

Of all securities held on behalf of Robin M.S Lee Vice President Pro-Se Rep; Holdgs Co. Donald J. Trump, President; Treasurer; various others persons; ° To make known to Lee; if he has any substantial debts at time with CEO Bill Bap; ° his gaming conglomerate. ° Might he make those debts known to Lee; re° Stock Transfers; investments made on Lee's behalf ° Interests, to include a $50 million bet made last month on the LA Lakers Championship in 12 increments of $12 million apiece; in which Lee instructs CEO Bill Bap to keep #11 bet for his time ° careful handling of a bet of this size ° nature by a single person, private.

Lee has a question directed ° for the entire US District of Nevada, Bap Gaming Industries, ° entire Las Vegas; "How does a judge set a proper bail for a billionaire?" for the writing of his own checks; have him tosses in a prison for forgery of his own Allant ° identification; in an effort to make him pay financial gratuities, he would have never made to a single human being; exception to be his mom; girlfriend/fiancée Debra Jean Jenkins; also being held for 2 counts of forgery; ° his Executive Bodyguard Christopher Hepa, ° CEO persons persons in or is/are employees by the State Prison the inmate ° petitioner is still currently being held in.

Gaming Mogul:

* Lee requests of Magnet Bill Bap might he send Bonded Carriers for Escort ° Travel; Cargo to be the the petitioner as if he CEO Michael Junk Bond Milken.

NAME
2199 KAMEHAMEHA HIGHWAY

p.3

Vice pres. Lee to view any billionaire or gaming CEO as a law firm in himself, itself; a comparison to a subsidiary of a Wall Street Brokerage; corp. who holds his debts; thus Lee requests of Bays to also represent the owner of those securities held on his behalf in various matters.

Lee hereby requests that Temporary Restraining Orders be sought upon Lee's behalf upon his entire family; their executives; especially their bodyguards hired; their employees, attorneys; that demands no contact whatsoever in any type, style, manner; fashion; no thinking on petitioner's behalf or interests for they to be a bother, nuisance; constant threat to the welfare of the petitioner; no hospitalities; VIPs; credits whatsoever be extended to these persons by any casino in Las Vegas, Reno, Atlantic City; Miss.; until all sanctions; fines; judgements; all banking records; mail stolen; all pace of attorneys returned to the petitioner; his major parent corp. The Trump Corp. upon the entire estate; any; all shareholders that Mr. Trump has forces to incorporate in making babies happy; to include all back taxes, owes; any; all debts outstanding at date; with any financial institution, Wall Street corporation; any govt. entity; to include the IRS; Hawaii State Tax offices; the State of N.Y.; petitioner's pref. of a corp base with Donald J. Trump, that Donald J. Trump is not liable for any; all debts outstanding at date to be the direct cause; responsibilities of the Freementians Estate; their attorneys; their business entities, held owned or in vast

p.4

Bank Holdings & Trust Companys various to include the 9 Financial Institutions of Honolulu, Hawii Lee Hereby demands a $87 Billion Judgement entered on behalf of the petitioner & the Respondent for their refusal to hand over any sort of Banking Records; Estate Records; Trust Records; Tax Records & any; All Records kept on malice & hatred for the petitioner on grounds He to have a civil capability upon these entities.

Lee Hereby Requests of Bill Boyd, CEO might He consider a 14.4% Share of a Billion Dollars vested interests as if He the Mirage Credit Dept; to properly also the & This following petition properly as if He Bill Clinton; Pres. latest of the U.S. White House.

Lee wishes to offer the Defendants no avenue of being Defendants & avenue to counter suits & being misleaded for free millions due to their tactics of Deception; Trickery & Deceit, Blackmail; use of false criminal charges & fraudulent use of that incarceration woud normaly have Ceaures Donals T. Trumps gaming license if 20 years ago; where that incarceration to be illegal & with no jurisdiction & grounds is a wheel of Blackmail & misuses tool by their State Judiciary & State Courts lee has no desire to ask any Judge on a State Bench to be His Executive in any financial matters or Business deals due to 8 years of false imprisonment; illegal sentences imposed for crimes they to be directly responsible & liable for causing with their one grounds & only issue to be Drug abuse.

NAME
2199 KAMEHAMEHA HIGHWAY

P.5

We ask for these matters to be directed to the offices of the U.S. Attorneys various & the U.S. Solicitor General's in D.C. & the Securities Exchange Commission seeking sanctions, fines, levies in also efforts by the T??? Corp. That what was done to me might never be experienced by another human being of being psychologically tortured & brainwashed for 12 full years around the clock due to an abnormality done by my family & half-town with Ly and step-sister Amy Yu Lee prior abuse intelligence directly & indirectly responsible on. She has nothing better to do with herself but to make me mentally impaired; cause the direct exorbitant losses; along with the heads of State & heads of City; current, prior & coming if you all in Nevada don't help me with this.

This on these grounds we ask of Bill Bays & Miss Julia Garcia(?) Bright they go to the U.S. District Court & their Magistrates & request a requests a writ of Habeas Hearing on behalf of Christopher Hepa; Debra Terri Jenkins, Robin Mrs Lee, David Teo that they releases (of prison) & of all criminal charges revolves against the State Narcotics Task Force, & their informants & the use/misuse of Mr. Raymond Gracia to be a criminal figure dealing with stolen checks, accounts, credit cards; in their justification of their tactics of law enforcement all revolves keeping me incarcerated & with no financial control what so ever or say in their filthy tactics to be my executives & shareholders. I hereby ask the U.S. Attorneys, SEC, NASDAQ to sanction & impose fines upon on they to be unable to

NAME
2199 KAMEHAMEHA HIGHWAY

p.6

to repay the losses they to be causing pro-se deposits & Holdings co. & its parent the TR p corp. in their daily activity in the State of Hawaii's direct refusal to grant a pardon; dismissal of all criminal charges & sentences; incarceration itself, on a day to day basis;

Dated: 8-04-2001          Respectfully Submitted,
                          Ryan M.S Lee

Lee requests a TRO upon the Dept. of Public Safety at time; which would alleviate all false arrests, further harassment by law enforcement officials & personnel; in their efforts to make themselves known to Lee or for advancement in their job, rank in law enforcement.

Lee requests of Donald J. Trump that the TR p corp. & Bear Stearn co. & the Elite Investment Group might get parent & all right exclusive hires w/ a $49 billion potential, as Lee's attorneys in the proper protection of Vice Pres. Lee; while Lee has never doubted TR p's best interests & behalf & his belief common that the aspect of human greed does not lie in Donald J. Trump; on basis he worth ca. $5 billion dollars. Lee's common belief has been Donald TR p the only has been helping Lee to be properly protected & even twice as difficult Lee to posess telepathy, & ESP.