```
                                    RECEIVED
                                    AND FILED
        ENTERED AND
          SERVED                    Nov 27  4 20 PM '01

         NOV 3 0 2001
                                    BY_____
      CLERK, U.S. DISTRICT COURT          DEPUTY
      DISTRICT OF NEVADA
      BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN M. S. LEE,

    Petitioner,

vs.

BOYD GAMING, INC., et al.,

    Respondents.

Case No. CV-S-01-0943-KJD (PAL)

**ORDER**

    The copy of Order #2 sent to Petitioner was returned in the mail with the notation that his forwarding order has expired. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Plaintiff's failure to inform the Court of his current address. The Clerk of the Court shall enter judgment accordingly.

    DATED this 27th day of Nov, 2001.

                                            KENT J. DAWSON
                                            United States District Judge